

United States Courts
Southern District of Texas
FILED

FEB 18 2006

Michael N. Milby, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.
Efrain MARTINEZ

Case Number: C-06-129M

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Max Alberto CRUZ**
**Douglas Fernando RAMOS-Banegas**

These material witnesses are citizens of Honduras who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

_____
Cris Freasier, Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO AND SUBSCRIBED BEFORE ME this   18 day of February, 2006

_____
UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington

It is ORDERED this   18   day of February, 2006, that the above material witness this day brought before me, be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $5,000 cash or surety for each material witness.

_____
UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington