UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. C-06-181 |
| | § | & C-06-129M |
| EFRAIN MARTINEZ | § | |

## ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses **Max Alberto Cruz and Douglas Fernando Ramos-Banegas**, finds that these witnesses should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement.  It is therefore,

**ORDERED** that **Max Alberto Cruz and Douglas Fernando Ramos-Banegas** be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement.  It is further,

**ORDERED** that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

DONE AND ORDERED at Corpus Christi, Texas on this 10th day of March, 2006.

UNITED STATES MAGISTRATE JUDGE