| | | | | |
|---|---|---|---|---|
| HONORABLE, | JANIS GRAHAM JACK | , Presiding | | |
| Case Manager: | Sondra Scotch | | ERO: | Velma Gano |
| USM: | Robert Escobar | | USPO: | Cathi Volkman |
| Interpreter: | | | USPT: | |

DATE: July 5, 2006      OPEN: 1:27      ADJOURN: 1:43

CR. C- 06-181   DEFT. 1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | }{ | AUSA: JOEL GONZALEZ |
| VS. | }{ | |
| EFRAIN MARTINEZ | }{ | SCOTT ELLISON |

**************************************** **SENTENCING** ****************************************

( ) Defendant failed to appear, bench warrant is to be issued. (LFUG)

(X) Sentencing held.      (X) Defendant sworn.

( ) Defendant withdraws plea of guilty.

(X) SENTENCE:

    Ct (s) 1 :  30 months   Custody of Bureau of Prison

        3 years   Supervised Release Term (Standard Conditions, #92-36)

Special Conditions:

   (X)   Defendant is to undergo Drug Surveillance; Deft to incur costs

   ( )   Defendant is to undergo Drug Treatment; Deft to incur costs

   (X)   Fine: $100   (X) Due immediately

   ( )   Community Service: _____ hours as directed

   ( )   Defendant is required to participate in Mental Health Programs as deemed necessary by USPO; Deft to incur costs

   ( )   Deportation

   (X)   $100.00 Special Assessment is imposed on Count (s) 1

( X ) Count (s) 2 is dismissed on Government's Motion.

( ) Bond is continued.   ( ) Govt. objects   ( ) Govt. does not object

( ) Bond is revoked.   ( ) Bond is forfeited.

(X) Defendant is REMANDED to the custody of the U. S. Marshal.

( ) Defendant is to surrender to the U. S. Marshal on _____

( ) Defendant is to surrender to a designated institution.

**(X) Nighttime Restriction   12 midnight - 6 am   (X) Defendant waived right to Appeal   (X) Adopts PSI   Other**

**Proceedings:** Govt offers exhibits 1-10. No objections. Admitted.