UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-06-181 |
| | § | |
| EFRAIN MARTINEZ | § | |

## ORDER DISMISSING COUNT TWO OF THE INDICTMENT

It is ORDERED that Count Two of the Indictment in the above-numbered case is hereby dismissed as to the defendant, EFRAIN MARTINEZ, as part of the plea agreement.

DONE at Corpus Christi, Texas, this ___5th___ day of ~~July,~~ Sept., 2006.

UNITED STATES DISTRICT JUDGE